IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH LEE WILLIAMS, #125-715,    *
       Petitioner
                                        *
      v.                          CIVIL ACTION NO. CCB-06-2461
                                        *
WARDEN,
       Respondent                      *
                                   ******

## **MEMORANDUM**

The court is in receipt of petitioner's correspondence, wherein he asks that this court enter an Order directing the National Personnel Record Center to release medical records which pertain to petitioner's criminal conviction, in compliance with an Order entered by the Honorable William O. Carr, Judge, Circuit Court for Harford County, Maryland. Paper No. 1.

Petitioner previously sought the same assistance from this court and was advised that this court was not the proper venue for bringing his petition. The court transferred his case to the United States District Court for the Eastern District of Missouri. *See Williams v. National Personnel Records Center*, Civil Action No. CCB-00-1201 (D. Md. 2000). As previously stated by this court,. Mr. Williams seeks a court order compelling the National Personnel Records Center to undertake a certain action. Under 28 U.S.C. § 1391(a) a civil action not founded solely on diversity may be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . , or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. As petitioner seeks an order compelling the National Personnel Record Center to produce documents which he believes are located in St. Louis, Missouri, his petition should have been filed in the United States District Court for the

Eastern District of Missouri.

Petitioner's previously filed case was dismissed by the Untied States District Court for the Eastern District of Missouri after that court found that the National Personnel Records Center's failure to obey the state court's order to produce records was not a violation of the Privacy Act. The United States District Court for the Eastern District of Missouri further found that it was without authority to enforce the state judge's ruling against the National Personnel Records Center under any federal statute or rule and petitioner's case was dismissed. Paper No. 1, Attachment; *See Williams v. National Personnel Records Center*, Civil Action No. 4:00CV1055 (E.D Mo. 2000). Petitioner aggrieved by the decision of the United States District Court for the Eastern District of Missouri once again attempts to have this court review his claim. This court is without authority to do so. Petitioner's claim may not be considered anew by this court and under these circumstances this court will not direct that the instant matter be transferred. Rather, the instant case shall be dismissed.

A separate Order follows.

| | |
|---|---|
| __March 22, 2007__ | _____/s/_____ |
| Date | Catherine C. Blake |
| | United States District Judge |